September general calendar term of this court; in which event the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

PATRICK GARDNER, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Motion granted. , Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of CHARLES C. ANNABEL, an Attorney.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

CONSUMERS LUMBER COMPANY, Appellant, v. HARVEY LINCOLN and Another, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

LENA THIBODEAU, by LUCY THIBODEAU Her Guardian ad Litem, Respondent, v. GEORGE F. WERTIME, Appellant. NAPOLEON THIBODEAU, Respondent,· v. GEORGE F. WERTIME, Appellant.— Motion denied, with ten dollars costs in one motion. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

CUSANZIA ROMEO, Respondent, v. ISAIE B. TETRAULT and Others, Appellants, Impleaded with STANDARD OIL COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOHN D. CHISM and Another, Respondents, v. JOSEPH SUDOFSKY and Another, Appellants.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

VILLAGE OF TUPPER LAKE, Appellant, v. PAUL SMITH'S ELECTRIC LIGHT AND POWER AND RAILROAD COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

LENA LEVINE, Appellant, v. VAN DECAR-HARMON COMPANY (a Corporation), Respondent. SOL LEVINE, Appellant, v. VAN DECAR-HARMON COMPANY (a Corporation), Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBANY COUNTY SAVINGS BANK, Appellant, v. RICHARD J. LEWIS, Commissioner of Assessment and Taxation and Head of the Department of Assessment and Taxation of the City of Albany, and RICHARD J. LEWIS and Others, Constituting the Board of Review to Hear and Determine Complaints in Relation to the Assessment Roll, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

M. H. DILLENBECK, Respondent, v. RALPH DWIGHT, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Probate of the Last Will and Testament of GEORGE C. HAWLEY, Deceased.— Order affirmed, with ten dollars costs and disbursements payable out of the estate. Van Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hinman, J., dissents on the ground that, if the surrogate did have authority to order the production of a former will in a probate proceeding in the exercise of his power to inquire into all facts and circumstances to satisfy himself as to the genuineness of the will, he was not empowered to do it in this limited preliminary oral examination of subscribing witnesses prior to the filing of objections, because it was not shown that any such witness was to be examined in relation to such former